1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6996
7  FAX: (415) 436-6748

8  Attorneys for Federal Defendants

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  CESAR RAMIREZ-LOPEZ,                )   No. C 07-0096 SC
                                        )
14         Plaintiff,                   )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER EXTENDING DEADLINE FOR**
15     v.                               )   **COMPLETION OF MEDIATION**
                                        )
16  UNITED STATES OF AMERICA; Special   )
    Agent ALEX CHAN, Investigator, San  )
17  Francisco United States Immigration and )
    Customs Enforcement, Department of  )
18  Homeland Security; ROBERT BIGGINS,  )
    Group Supervisor, San Francisco United )
19  States Immigration and Customs      )
    Enforcement, Department of Homeland )
20  Security; and JOHN DOES 1 through 3, San )
    Francisco United States Immigration and )
21  Customs Enforcement, Department of  )
    Homeland Security;                  )
22                                      )
           Defendants.                  )
23  _____ )

24      IT IS HEREBY STIPULATED and jointly requested, by and between the parties hereto,

25  through their undersigned counsel, that the deadline to complete mediation in the above-

26  captioned action be extended to October 1, 2007.  The parties' stipulation and joint request is

27  based on the following:

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION
OF MEDIATION
No. C 07-0096 SC

1   1. On or about March 30, 2007, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, the parties

2   submitted a stipulation selecting mediation as their preferred ADR process.

3   2. On April 3, 2007, the Court issued an order referring the case to mediation, and

4   presumptively setting a deadline for the ADR session of 90 days from the date of the order, or

5   July 2, 2007.

6   3. On April 26, 2007, the Court appointed Martin H. Dodd, Esq., as Mediator.

7   4. On May 11, 2007, the parties and the Mediator participated in a pre-mediation telephone

8   conference.  Because of restrictions on the calendars of counsel and Mediator, the initial

9   mediation session is not scheduled until August 7, 2007.

10   5. In order to maximize the opportunity for meaningful settlement negotiations, the parties

11   respectfully request that the deadline for completion of mediation be extended to October 1,

12   2007.

13   6. The parties are not seeking continue any of the case management dates in the April 20,

14   2007 Status Conference Order.

15   DATED:                          SCOTT N. SCHOOLS

16                                   United States Attorney

17

18                                   _____/s/_____
                                     STEVEN J. SALTIEL
19                                   Assistant United States Attorney

20   DATED:                          VAN DER HOUT, BRIGAGLIANO &
                                     NIGHTINGALE, LLP
21

22

23

24                                   _____/s/_____
                                     MARC VAN DER HOUT
25                                   STACY TOLCHIN
                                     Attorneys for Plaintiff

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION
OF MEDIATION
No. C 07-0096 SC                          2

1

### [PROPOSED] ORDER

2          PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT

3    IS HEREBY ORDERED that the deadline to complete mediation shall be extended to October 1,

4    2007.

5

6                                                HON. SAMUEL CONTI
                                                 United States

7    DATED:    5/17/07

8                                                     Judge Samuel Conti

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION
OF MEDIATION
No. C 07-0096 SC                          3