Marc Van Der Hout (California Bar # 80778)
Stacy Tolchin (California Bar #217431)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003

Attorneys for Petitioner
Cesar Ramirez-Lopez

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cesar Ramirez-Lopez<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America; Special Agent Alex CHAN, Investigator, San Francisco United States Immigration and Customs Enforcement, Department of Homeland Security; Robert BIGGINS, Group Supervisor, San Francisco United States Immigration and Customs Enforcement, Department of Homeland Security; and John DOES 1 through 3, San Francisco United States Immigration and Customs Enforcement, Department of Homeland Security,<br><br>    Defendants. | Case No. C 07-0096 SC<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

///
///
///
///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cesar Ramirez Lopez and Defendants United States of America, Alex Chan and Robert Biggins (hereinafter the "Federal Defendant," "Defendant Chan" and "Defendant Biggins"), by and through their undersigned counsel, that the above-entitled action shall be dismissed in its entirety, with prejudice, for all parties and claims asserted in the above-captioned action. Plaintiff's counsel acknowledges satisfactory receipt of the agreed-upon sum of Ten Thousand Dollars and no cents

STIPULATED DISMISSAL              No: C 07-0096 SC

1  ($10,000.00) from Defendants as agreed to in the Stipulation and Agreement of Compromise
2  signed by the Parties on October 2, 2007 and ordered by the Court on October 4, 2007.

Dated: 11/8/2007         By: /s/
                         MARC VAN DER HOUT
                         Attorney for Plaintiff


                         SCOTT N. SCHOOLS
                         United States Attorney

Dated: 11/8/2007         By: /s/
                         ILA CASY DEISS
                         Assistant United States Attorney
                         Attorneys for the Federal Defendant
                         United States of America and
                         Defendants Alex Chan and Robert Biggins


**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

Dated: 11/13/07

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*